UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

Kei-Ard T. Bell,

    Plaintiff

v.

Accessible Space Inc.,

    Defendant

Case No. 2:22-cv-00883-CDS-DJA

**Notice Regarding Intent to
Dismiss Under Local Rule 41-1**

  Plaintiff Kei-Ard Bell initiated this employment-discrimination action against defendant Accessible Space Inc. in June of 2022. Compl., ECF No. 1. Accessible Space has yet to appear. There has been no activity from Bell in this matter since August 2022.

  This district's Local Rules provide for dismissal of an action for want of prosecution:

> All civil actions that have been pending in this Court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party.

LR 41-1. Further, it is within the inherent power and discretion of the court to sua sponte dismiss a civil case for lack of prosecution. Fed. R. Civ. P. 41(b). A plaintiff must prosecute his case with "reasonable diligence" to avoid dismissal pursuant to Rule 41(b). *Anderson v. Air W., Inc.*, 542 F.2d 522, 524 (9th Cir. 1976).

  Here, it appears that Bell has failed to prosecute with reasonable diligence because this case has laid dormant for over a year and a half. Thus, this order serves as notice that the complaint may be dismissed without prejudice for failure to prosecute unless Bell takes action in this matter. Continued failure to properly prosecute will result in dismissal without prejudice and without further notice on May 9, 2024.

  Dated: April 18, 2024

                    _____
                    Cristina D. Silva
                    United States District Judge